AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY __AM__ D.C.

FEB 13 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | |
|---|---|
| United States of America<br>v.<br>SEBASTIAN DOMINGO-DOMINGO,<br><br>_____<br>Defendant(s) | )<br>)<br>)  Case No.  20-8039-BER<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 18, 2020__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

ANDY KORZEN, TFO - HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/13/20

_____
Judge's signature

City and state: West Palm Beach, FL

Bruce E. Reinhart, US Magistrate Judge
Printed name and title

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over sixteen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Sebastian DOMINGO-DOMINGO, also known as Gaspar DOMINGO-SEBASTIAN committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about January 18, 2020, Sebastian DOMINGO-DOMINGO was arrested in Palm Beach County, Florida for driving under the influence. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is, Sebastian DOMINGO-DOMINGO.

4. A review of the immigration alien file shows that Sebastian DOMINGO-DOMINGO is a native and citizen of Guatemala. Records further show that on or about

June 10, 2007, Sebastian DOMINGO-DOMINGO was ordered removed. The Order of Removal was executed on or about June 22, 2007, whereby Sebastian DOMINGO-DOMINGO was removed from the United States and returned to Guatemala.

5. I scanned Sebastian DOMINGO-DOMINGO's fingerprints taken in connection with his January 18, 2020 arrest in Palm Beach County into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Sebastian DOMINGO-DOMINGO.

6. I performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Sebastian DOMINGO-DOMINGO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Sebastian DOMINGO-DOMINGO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about January 18, 2020, Sebastian DOMINGO-DOMINGO, an alien who was previously deported from the United States, was found in the United States, without having received express consent from the Attorney General or the Secretary of the

Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Subscribed and sworn to before me in West Palm Beach, Florida this __13__ day of February 2020.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** **SEBASTIAN DOMINGO-DOMINGO**

Case No.:   **20-8039-BER**

**Count # 1:**

Illegal Re-entry after Deportation.

Title 8, United States Code, Sections 1326(a)

**\*Max. Penalty:**     2 Years Imprisonment; 1 Year Supervised Release; $250,000 Fine and $100 Special Assessment.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-8039-BER

UNITED STATES OF AMERICA

v.

SEBASTIAN DOMINGO-DOMINGO,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 820-8777
Email: Rinku.Tribuiani@usdoj.gov